Page 1-and-2

1. Edgar Lee Warren                                united states
2. Inmate ID: 137286                               district Judges
3. 35 County Center DR.                     E-filing  Office of The clerk,
4. Oroville, CA 95965                              U.S. District Court
5.                                        FILED     Northern District
6. I'am A Inmate                MAY - 8 2008       Of California
7. write This complaint    RICHARD W. WIEKING      450 Golden Gate
8. For him MR. Warren      CLERK, U.S. DISTRICT COURT   Avenue
                           NORTHERN DISTRICT OF CALIFORNIA
9.                                                 San Francisco, CA
10.                                                94102
11.                      CV 08 2382                MHP
12.                                                (PR)
13. Edgar Lee Warren Federal Court To Know
14. When The time is Right Warren is going To
15. have his Lawsuit Put back in This Federal
16. court on issues that Warren got staff
17. inffection from Butte county Jail and
18. Warren was denied Neutrogena Soap For
19. staff Inffection by medical here in
20. Butte County Jail and on The issues
21. of Butte County Jail Sergeant Browfield
22. and Sergeant Cooley and some of
23. Classification predjudice Against
24. Warren and they stop Warren Attorneys
25. however all of Warren Legal mail that
26. was send To This Judge Hermanaen Are
27. Any Judges and To my Attorneys MR.
28. Jesus Rodriguez and MR. Frderick A. McNeill

and miss. stephani Femino did not Receiver them and Warren mail to his Family to Ruby and mr. Curtis and miss Brenda and women inmate's here Butte county Jail and to miss. Diana the mail send to them was not send out and ANY mail they send me is not give to Warren so this is the issues Warren will have Northern District Federal court that Butte county Jail Sergeant Brownfield and Sergeant Cooley and some of classification violated Federal Law of united states Federal Legal mail and mail. and so on and so on by the way now Butte county Jail don't let Warren get ANY visit know one. however Butte county Jail got the Phone did some way where Warren can not call ANY one and so on Thank you for your time

signature: Edgar Lee Warren

Edgar Lee Warren
35 County Center Dr.
Oroville, CA 95965

(Pro Se)

BUTTE COUNTY JAIL INMATE

CONFIDENTIAL
Legal Mail
Federal Mail

MARYSVILLE CA 959
05 MAY 2008 PM 2

USA 41

Federal Court
United States District
Judges Office of The Clerk,
U.S. District Court Northern
District of California
450 Golden Gate Avenue
San Francisco, CA

94102

9410243651 C009



**RECEIVED**

MAY 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA