Federal court have a copy of this complaints and Warren got -2- Neutrogena soap for the -8- month Warren been in jail and that soap was some time of go

-and-2-
Page 1

| | | |
|---|---|---|
| 1 | Mr. Dane Cameron | Mr. Jesus Rodriguez |
| 2 | Miss Stephani Femino | Attorney at Law |
| 3 | Attorneys at Law | Phone number |
| 4 | Phone number | (530)342-2044 |
| 5 | (530)893-0676 | 75 Declaration Dr. Ste 15, |
| 6 | Law offices of | Chico, CA 95973 |
| 7 | Mr. Dane Cameron | |
| 8 | 341 Flume Street | I am a inmate write |
| 9 | Chico, CA 95928 | This complaint for |
| 10 | | his Mr. Warren |
| 11 | Edgar Lee Warren | |
| 12 | Inmate ID: 137286 | Mr. Frederick A. McNeill |
| 13 | 35 County Center Dr. | Attorney at Lawsuit |
| 14 | Oroville, CA 95965 | Phone number (310)497-2124 |
| 15 | | 2011 Arlington Av |
| 16 | | Los Angeles, CA 90018 |

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-02382 MHP

United States District Judges of U.S. District Court Northern District of California however Edgar Lee Warren want Federal court to know when the time is right Warren is going to have his lawsuit put back in this Federal court on issues that Warren got staff infection from Butte county jail and Warren was denied Neutrogena soap for staff infection by medical here in Butte county jail and on the issues of Butte county

Jail sergeant BROWNFIELD and sergeant COOLEY and some of classification PREDJUICE Against WARREN and they stop WARREN Attorneys however all of WARREN Legal mail that was send to This Judge HERMANAEN ARE ANY Judges and To my Attorneys Mr. JUSUS RODRIGUEZ and Mr. FRDERICK A. MCNeill and miss. STEPHANI FEMINO Did not Receiver Them and WARREN mail To his FAMILY To miss RUBY and Mr. CURTIS and miss. BRENDA and women INMATES here Butte county Jail and to miss. Diana The mail send To Them was not send out and ANY mail they send me is not given To WARREN This is The issues WARREN WILL have NORTHERN DISTRICT Federal court that Butte county Jail sergeant BROWNFIELD and sergeant COOLEY and some of classification violated Federal law of united states Federal Legal mail and mail. by The Way now Butte county Jail Don't let WARREN get ANY visit from Know one however Butte county Jail got The Phone Did some way where WARREN can not call ANY one WARREN going To have A complaint under The civil rights Act, Title 42 U.S.C. § 1983# Thank you For your time and so on and so on
SIGNATURE: Edgar Lee Warren

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
### INMATE REQUEST FORM

**INMATE'S NAME:** (Last/First) WARREN Edgar  **ID #:** 137286  **HOUSING:** B-GG  **DATE:** 5-4-08

**REQUEST:**
- [ ] INFORMATION*
- [X] GRIEVANCE FORM
- [ ] WRIT OF HABES CORPUS
- [ ] RELEASE DATE
- [ ] SHERIFF'S PAROLE APPLICATION
- [ ] ELECTRONIC SURVEILLANCE PROGRAM
- [ ] WORK/SCHOOL FURLOUGH
- [ ] SHERIFF'S WORK ALTERNATIVE PROGRAM

- [ ] HOLDS/WARRANTS
- [ ] 1381 PC FORM
- [ ] UNSCHEDULED TELEPHONE USE*
- [ ] INMATE ACCOUNT BALANCE
- [ ] COURT DATE
- [ ] PASS*
- [ ] OTHER*

*DESCRIBE IN INFORMATION SECTION

**INFORMATION:**

Warren is have This complaints Put in on The issues of This. The Date 4-28-2008 # Warren Attorney Jesus Rodriguez came up here To see Warren and The sergeant Brownfield and The sergeant Cooley and officer they was for B-Pod on that Date 4-28-2008 # they is Predjudice Against Warren and some of your classification To all here in Butte County Jail all so I have give my Attorneys A copy This complaind is in on County Jail on 4-29-08 # however The issues Mr. Brownfield and Mr. Cooley and officer did not let Warren out of his cell into his Attorney Mr. Rodriguez left The Visit Room and Them That when Warren was send up to A Attorney Visit when know one was There. however all of Warren Legal mail that was sent To The Judge the ruling on All of my Judges and to my Attorneys Mr. Rodriguez and Mr. McNeill and miss. Fermino did not Receive Them To and Warren mail to his Family to Ruby and Mr. Curtis and miss. Brenda and woman inmates here Butte County Jail and to Miss. Diana The mail send Them was not send out and any mail They send me is not give To Warren

**INMATE'S SIGNATURE:** Edgar Lee Warren

**RECEIVED BY: HOUSING OFFICER'S INITIALS:**

However Thay our Sergeant Cooley Predjudice Against Warren and black inmates and Don't want Warren going to court on his court date with write women if you know what mean he Don't want warren say any thing to them are write Them say thing To me so I think we need to get This all out however This Predjudice need To stop here in Butte County Jail. however my Attorney Rodriguez told warren he wait 30-to-40 minutes in the Attorney visit room so I asking that This issue be look into. Thank you For your time and so on and so on

**OFFICER'S/SERGEANT'S SIGNATURE:**

DISTRIBUTION: White-Inmate File, Pink-Inmate                                                             J-111 7/99

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
### INMATE REQUEST FORM

**INMATE'S NAME:** (Last/First) Warren Edgar   **ID #:** 137286   **HOUSING:** B-66   **DATE:** 5-9-08

**REQUEST:**
- [ ] INFORMATION*
- [x] GRIEVANCE FORM
- [ ] WRIT OF HABES CORPUS
- [ ] RELEASE DATE
- [ ] SHERIFF'S PAROLE APPLICATION
- [ ] ELECTRONIC SURVEILLANCE PROGRAM
- [ ] WORK/SCHOOL FURLOUGH
- [ ] SHERIFF'S WORK ALTERNATIVE PROGRAM
- [ ] HOLDS/WARRANTS
- [ ] 1381 PC FORM
- [ ] UNSCHEDULED TELEPHONE USE*
- [ ] INMATE ACCOUNT BALANCE
- [ ] COURT DATE
- [ ] PASS*
- [ ] OTHER*

*DESCRIBE IN INFORMATION SECTION

**INFORMATION:**
Warren look at the time on T.V. and Warren came out for day room at 8:30 however the officers for-B-Pod did not give Warren all of his day room time time. For Warren is asking that issue be look into Thank you for your time. and this was on the date 5-9-08

**INMATE'S SIGNATURE:** Edgar Lee Warren

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** DR

**RESPONSE:**

**OFFICER'S NAME:**

**RECEIVED BY: INMATE'S SIGNATURE:**

DISTRIBUTION: White-Inmate File, Pink-Inmate

J-111 7/99

Edgar Lee Winrow
38 County Center Dr.
Oroville, CA 05945

CONFIDENTIAL
Legal mail
Federal mail
Federal Court

**BUTTE COUNTY JAIL INMATE**

94102+3661

MARYSVILLE CA 959
12 MAY 2008 PM 1
USA 41

United States District Judge
Federal Court Office of the
Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California
94102

RECEIVED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pro Se