C08-2382 MHP

1. Edgar Lee Warren
2. 35 County Center Dr.
3. Oroville, CA 95965
4.
5. Napa State Hospital
6. 2100 Napa-Vallejo Highway
7. Napa, CA 94558-6293.
8. Public (707) 253-5000 #
9. TDD (707) 253-5768
10. Fax (707) 253-5513
11.
12. Office of the Clerk, U.S. District Court
13. Northen District of California and the
14. United States District Judge/s however Edgar
15. Lee Warren did not get the address right
16. where the state court is send Mr. Warren
17. but the address of Napa State Hospital in
18. this letter is right however Mr. Warren
19. hope that the Federal Court have receive
20. complaint by a prison Warren under the
21. Civil Rights Act, 42 U.S.C. §§ 1983.# and the
22. motion to appointment counsel on
23. Warren case and Warren send all of them
24. out on May 25-2008.# and so on and so on
25. Signature: Edgar Lee Warren
26.
27. Date: May 26-2008.#
28.

FILED
MAY 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<a>
</a>
