Edgar Lee Warren, In pro per
Inmate ID: 137286
Butte county Jail - B-Pod-66-L-
35 County center Dr.
Oroville, ca 95965

FILED
08 MAY 30 PM 3:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edgar Lee Warren, Plaintiff,

vs.

Butte County Jail, Doctors and medical staff, Defendant.

CV 08 2382 MHP (PR)

CASE NO.

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Edgar Lee Warren, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A Net: ________

Employer: ________

Case Number: 2382

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Edgar Lee Wa ______ for the last six months
[prisoner name]

Butte county Jail ______ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø ______ and the average balance in the prisoner's account each month for the most recent 6-month period was $______.

Dated: May 19-2008

______________________
[Authorized officer of the institution]

Edgar Lee Warren had Know in six months here IN Butt ON The Books and Authori institution here at Butte Put they signature ON the Exhibits ON This issues show how much money book's Form July 23-2000

Edgar Lee Warren

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I have never worked and Edgar Lee Warren was on SSI in-2004.#

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? — Yes ___ No X

Spouse's Full Name: N/A

Spouse's Place of Employment: ____________

Spouse's Monthly Salary, Wages or Income:

Gross $____________ Net $____________

4. a. List amount you contribute to your spouse's support:$ ____________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE
_______________________________________________

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $____________ Amount of Mortgage: $______________

6. Do you own an automobile? Yes ___ No ___

Make NONE ________ Year ____________ Model ______________

Is it financed? Yes _____ No ______ If so, Total due: $ ______________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

_______________________________________________

Present balance(s): $ N/A

Do you own any cash? Yes ___ No X Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X

_______________________________________________

8. What are your monthly expenses?

Rent: $ NONE ____________ Utilities: ______________

Food: $ ________________ Clothing: ______________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. When I was at the Jail at Los Angeles, ca. I had an attorney File something. I don't Know What the out come is. I cannot contact my attorney becau they wont let my mail, or Phone call go through

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

May 19-2008 — DATE

Edgar Lee Warren — SIGNATURE OF APPLICANT

my attorney name in the other case is:

MR. FRderick A. McNeIll
Phone number (310) 497-2124
2011 ARlington AV
Los Angeles, ca 90018

Case Number: CV-08-2382

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Edgar Lee Warren [prisoner name] for the last six months Butte County Jail [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.55.

Dated: 5-23-08

[signature]
[Authorized officer of the institution]

Edgar Lee Warren
35 County center DR.
Oroville, ca 95965

MARYSVILLE CA 95
27 MAY 2008 PM 1 T

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUTTE COUNTY JAIL INMATE**

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

CONFIDENTIAL
Legal mail
Federal mail
Federal court